**UNITED STATES BANKRUPTCY COURT**

NORTHERN      **DISTRICT OF** ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| In re:   THOMAS V. BRAME and<br>TAMMY D. BRAME | §<br>§<br>§<br>§ | Case No.  09-27626<br>Chapter 7<br>Hon. JACQUELINE P. COX |
| Debtor(s) | | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that
ALLAN J. DeMARS                                                          , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications, which are
summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at
the Office of the Clerk, at the following address:

219 S. Dearborn Street - 7th Floor - Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the
Final Report, must file a written objection within ____ 21 days from the mailing of this notice, serve a
copy of the objections upon the trustee, any party whose application is being challenged and the United
States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held
at  9:30a.m.      on  03/17/2011      in Courtroom 619      ,  Dirksen Federal                    Courthouse,
219 S. Dearborn Street, Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.


Date Mailed: _____          By:  Clerk US Bankruptcy Court

(Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe Street - Suite 910 - Chicago, IL 60603


UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**

NORTHERN   **DISTRICT OF** ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| In re: THOMAS V. BRAME and<br>TAMMY D. BRAME | §<br>§<br>§<br>§ | Case No. 09-27626<br>Chapter 7<br>Hon. JACQUELINE P. COX |
| Debtor(s) | | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $9,292.37 |
| *and approved disbursements of* | $0.00 |
| *leaving a balance on hand of* [1] | $9,292.37 |

Claims of secured creditors will be paid as follows:

| Claim<br>No. | Claimant | Claim<br>Asserted | *Allowed<br>Amount of<br>Claim* | *Interim<br>Payments to<br>Date* | *Proposed<br>Payment* |
|---|---|---|---|---|---|
| | NONE | | | | $0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $9,292.37 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total<br>Requested* | *Interim<br>Payments to<br>Date* | *Proposed<br>Payment* |
|---|---|---|---|
| *Trustee, Fees* ALLAN J. DeMARS | $1,679.24 | $0.00 | $1,679.24 |
| *Trustee, Expenses* ALLAN J. DeMARS | $17.32 | $0.00 | $17.32 |
| *Attorney for Trustee, Fees* ALLAN J. DeMARS | $1,440.00 | $0.00 | $1,440.00 |
| *Attorney for Trustee, Expenses* ALLAN J. DeMARS | $0.00 | $0.00 | $0.00 |
| *Accountant for Trustee, Fees* | | | |
| *Accountant for Trustee, Expenses* | | | |
| *Auctioneer, Fees* | | | |
| *Auctioneer, Expenses* | | | |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

*Charges,*   U.S. Bankruptcy Court

*Fees, United States Trustee*

Other

|  |  |
|---|---|
| Total to be paid for chapter 7 administrative expenses: | $3,136.56 |
| Remaining balance: | $6,155.81 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for                              , Fees* | | | |
| *Attorney for                            , Expenses* | | | |
| *Accountant for                              , Fees* | | | |
| *Accountant for                            , Expenses* | | | |
| Other | | | |

|  |  |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $6,155.81 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____ $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | | | $0.00 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | | $0.00 |
| Remaining balance: | | $6,155.81 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling _____ $55,914.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be ___11___ percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $2,253.20 | $0.00 | $248.06 |
| 4 | Sallie Mae | $8,952.54 | $0.00 | $985.60 |
| 6 | PRA Receivables Mgmt LLC. agent, successor to Citibank | $11,254.47 | $0.00 | $1,239.03 |
| 7 | PRA Receivables Mgmt LLC. agent, successor to GE Money Bank/Walmart | $365.12 | $0.00 | $40.19 |
| 8 | Pharia, LLC | $336.80 | $0.00 | $37.08 |
| 9 | PRA Receivables Mgmt LLC. agent, successor to GE Money Bank/Pay Pal | $1,803.61 | $0.00 | $198.56 |
| 10 | City of Chicago | $146.40 | $0.00 | $16.12 |
| 11 | Capital One Bank (USA) NA | $2,546.16 | $0.00 | $280.31 |
| 12 | Capital One Bank (USA) NA | $1,716.62 | $0.00 | $188.99 |
| 13 | RMI-MCSI | $250.00 | $0.00 | $27.52 |
| 14 | Chase Bank USA, NA | $4,775.06 | $0.00 | $525.70 |
| 15 | Roundup Funding LLC | $554.16 | $0.00 | $61.01 |
| 17 | FIA Card Services, successor to Bank of America and MBNA | $455.16 | $0.00 | $50.11 |
| 18 | Chase Bank USA, NA | $4,682.34 | $0.00 | $515.49 |
| 19 | PRA Receivables Mgmt LLC. agent, successor to HSBC/Best Buy | $290.08 | $0.00 | $31.94 |
| 20 | PRA Receivables Mgmt LLC. agent, for Beneficial Illinois, Inc. | $14,602.70 | $0.00 | $1,607.65 |
| 21 | PRA Receivables Mgmt LLC. agent, successor to HSBC Nevada/ Household | $720.19 | $0.00 | $79.29 |
| 22 | HSBC Bank Nevada, NA (Bon Ton) | $210.33 | $0.00 | $23.16 |

Total to be paid for timely general unsecured claims: $6,155.81

Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling _____ $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ 0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| NONE | | | | $0.00 |

Total to be paid for tardily filed general unsecured claims: $0.00

Remaining balance: $0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____ $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be _____0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| NONE | | | | $0.00 |

|  |  |
|--|--|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:   ALLAN J. DeMARS

Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe Street - Suite 910
Chicago, IL 60603

**STATEMENT**:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

# CERTIFICATE OF NOTICE

Certificate of Service   Page 7 of 8

```
District/off: 0752-1          User: lhatch          Page 1 of 2          Date Rcvd: Feb 16, 2011
Case: 09-27626                Form ID: pdf006       Total Noticed: 62


The following entities were noticed by first class mail on Feb 18, 2011.
db/jdb      +Thomas V. Brame,   Tammy D Brame,   2711 North 77th Avenue,   Elmwood Park, IL 60707-1406
aty         +Joseph P Doyle,   Law Office of Joseph P Doyle,   105 S Roselle Road,   Suite 203,
             Schaumburg, IL 60193-1631
tr          +Allan J DeMars,   Spiegel & Demars,   100 W Monroe St Ste 910,   Chicago, IL 60603-1957
14245039    +American Collections,   919 Estes Ct,   Schaumburg, IL 60193-4436
14245040    +Bac Home Lns Lp/Ctrywd,   450 American St,   Simi Valley, CA 93065-6285
14245042    +Bank Of America,   Pob 17054,   Wilmington, DE 19884-0001
14245041    +Bank Of America,   201 N Tryon St,   Charlotte, NC 28202-2146
14325109    +Bank of America, N.A.,   P. O. Box 26012,   NC4-105-03-14,   Greensboro, NC 27420-6012
14245043    +Beneficial/Hfc,   Po Box 1547,   Chesapeake, VA 23327-1547
14544425    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: CAPITAL ONE BANK (USA), N.A.,   C/O TSYS DEBT MANAGEMENT (TDM),
             PO BOX 5155,   NORCROSS, GA  30091)
14245044    +Cap One,   Po Box 85520,   Richmond, VA 23285-5520
14245046    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
14669297     Chase Bank USA NA,   P.O. BOX 15145,   Wilmington DE 19850-5145
14725287     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
14245048    +Citicards,   Po Box 6241,   Sioux Falls, SD 57117-6241
14465517    +City of Chicago Department of Revenue c/o,   Arnold Scott Harris PC.,
             222 Merchandise Mart Plaza #1932,   Chicago,IL 60654-1420
14245049    +City of Chicago Dept of Revenue,   Attn: Bankruptcy Dept.,   PO Box 88292,
             Chicago, IL 60680-1292
14245050    +City of Northlake,   55 E. North Avenue,   Northlake, IL 60164-2489
14723286    +FIA CARD SERVICES, N.A.,   ATTN MR. BK,   1000 Samoset Drive,   DE5-023-03-03,
             Newark, DE 19713-6000
14948427    +HSBC Bank Nevada, N.A.,   (Bon Ton),   Bass & Associates, P.C.,
             3936 E. Ft. Lowell Rd, Suite 200,   Tucson, AZ 85712-1083
14245054    +Harris & Harris,   222 Merchandise Mart Plaza,   Suite 1900,   Chicago, IL 60654-1421
14245055    +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
14245057    +Hsbc/Carsn,   Po Box 15521,   Wilmington, DE 19850-5521
14245058    +Illinois Collection Se,   8231 185th St Ste 100,   Tinley Park, IL 60487-9356
14245063    +Jason Birnholz, M.D.,   120 Oakbrook Ctr,   Suite 408,   Oak Brook, IL 60523-4729
14245065    +Keynote Consulting,   220 W Campus Dr Ste 102,   Arlington Heights, IL 60004-1498
14245066    +Loyola Univ Medical Center,   Attn: Bankruptcy Dept.,   2160 S. First Avenue,
             Maywood, IL 60153-3328
14245067    +Medical Business Burea,   1460 Renaissance Dr,   Park Ridge, IL 60068-1331
14245069    +Nationwide Credit & Co,   815 Commerce Dr Ste 100,   Oak Brook, IL 60523-8839
14334531    +North Shore Bank,   15700 W. Bluemound Rd,   Brookfield, WI 53005-6073
14245074    +North Shore Bank Ssb,   2215 S Oneida St,   Green Bay, WI 54304-4790
14947558    +PHARIA L.L.C.,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
14437540    +PRA Receivables Management, LLC,   As Agent Of Portfolio Recovery Assocs.,   POB 41067,
             NORFOLK VA 23541-1067
14893259    +PRA Receivables Management, LLC,   As Agent Of Portfolio Recovery Assocs.,   c/o Best Buy,
             POB 41067,   NORFOLK VA 23541-1067
14420263    +PRA Receivables Management, LLC,   As Agent Of Portfolio Recovery Assocs.,   c/o Citibank,
             POB 41067,   NORFOLK VA 23541-1067
14902833    +PRA Receivables Management, LLC,   As Agent Of Portfolio Recovery Assocs.,   c/o Household,
             POB 41067,   NORFOLK VA 23541-1067
14431724    +PRA Receivables Management, LLC,   As Agent Of Portfolio Recovery Assocs.,   c/o Wal-mart,
             POB 41067,   Norfolk VA 23541-1067
14895130    +PRA Receivables Management, LLC as agent of,   Beneficial Illinois Inc.,   PO Box 12907,
             Norfolk VA 23541-0907
14245075    +Pamela E. Dorne, MD,   7420 Central Avenue,   Suite 2010,   River Forest, IL 60305-1893
14245076    +Paypal Plus Credit Card,   P.O. Box 960080,   Orlando, FL 32896-0080
14568359    +RMI-MCSI,   Po Box 666,   Lansing, IL 60438-0666
14408592    +STERLING INC. DBA J.B. ROBINSON'S JEWELERS,   c/o Weltman, Weinberg & Reis Co., LPA,
             P.O. Box 93784,   Cleveland, Ohio 44101-5784
14245077    +Sallie Mae,   1002 Arthur Dr,   Lynn Haven, FL 32444-1683
14355955     Sallie Mae Inc. on behalf of,   United Student Aid Funds, Inc.,   USAF,
             Attn: Bankruptcy Litigation Unit E3149,   P.O. Box 9430,   Wilkes-Barre, PA 18773-9430
14432155    +TARGET NATIONAL BANK,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
14245078    +Tnb - Target,   Po Box 673,   Minneapolis, MN 55440-0673
14245079    +United Recovery Service, LLC,   18525 Torrence Ave,   Suite C-6,   Lansing, IL 60438-2891
14245080    +Village of Oak Park,   Attn: Parking Operations,   P.O. Box 74005,   Chicago, IL 60690-8005
14245081    +Walinski & Associates,   25 E. Washington Street,   Suite 1221,   Chicago, IL 60602-1875
14245082    +West Suburban Health Care,   7411 Lake Street,   Suite L140,   River Forest, IL 60305-1888
14245083    +Wfnnb/Newport News,   995 W 122nd Ave,   Westminster, CO 80234-3417
14245084    +Wfnnb/Roomplace,   Po Box 2974,   Shawnee Mission, KS 66201-1374
14245085    +Wfnnb/Victorias Secret,   Po Box 182128,   Columbus, OH 43218-2128
14245086    +Zales/Cbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497

The following entities were noticed by electronic transmission on Feb 17, 2011.
14275053     E-mail/PDF: mrdiscen@discoverfinancial.com Feb 17 2011 06:52:20     DISCOVER BANK,
             DFS Services LLC,   PO Box 3025,   New Albany, Ohio  43054-3025
14245051    +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 17 2011 06:52:20     Discover Fin Svcs Llc,
             Po Box 15316,   Wilmington, DE 19850-5316
14245052    +E-mail/PDF: gecsedi@recoverycorp.com Feb 17 2011 06:52:20     Gemb/Walmart,   Po Box 981400,
             El Paso, TX 79998-1400
14245053    +E-mail/PDF: gecsedi@recoverycorp.com Feb 17 2011 06:52:20     Gembppplus,   Po Box 981416,
             El Paso, TX 79998-1416
```

```
District/off: 0752-1          User: lhatch          Page 2 of 2          Date Rcvd: Feb 16, 2011
Case: 09-27626               Form ID: pdf006        Total Noticed: 62
```

The following entities were noticed by electronic transmission (continued)
```
14245064      +E-mail/Text: ebnsterling@weltman.com              Jb Robinson,   375 Ghent Rd,
               Akron, OH 44333-4601
14245068      +Fax: 847-227-2151 Feb 17 2011 06:52:20    Medical Recovery Specialists, Inc,
               2250 E. Devon Avenue, Suite 352,  Des Plaines, IL 60018-4519
14245073      +E-mail/Text: bankruptcy@nmbonline.com             New Millennium Bank,
               57 Livingston Ave,  New Brunswick, NJ 08901-2573
14675376       E-mail/PDF: BNCEmails@blinellc.com Feb 17 2011 06:52:20    Roundup Funding, LLC,   MS 550,
               PO Box 91121,   Seattle, WA 98111-9221
14245077      +E-mail/PDF: pa_dc_claims@salliemae.com Feb 17 2011 06:52:20    Sallie Mae,  1002 Arthur Dr,
               Lynn Haven, FL 32444-1683
14355955       E-mail/PDF: pa_dc_litigation@salliemae.com Feb 17 2011 06:52:20    Sallie Mae Inc. on behalf of,
               United Student Aid Funds, Inc.,   USAF,  Attn: Bankruptcy Litigation Unit E3149,
               P.O. Box 9430,  Wilkes-Barre, PA 18773-9430
                                                                          TOTAL: 10


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Allan J DeMars,   Spiegel & Demars,  100 W Monroe St Ste 910,  Chicago, IL 60603-1957
14245045*     +Cap One,   Po Box 85520,  Richmond, VA 23285-5520
14245047*     +Chase,   Po Box 15298,  Wilmington, DE 19850-5298
14245056*     +Hsbc Bank,   Po Box 5253,  Carol Stream, IL 60197-5253
14245059*     +Illinois Collection Se,   8231 185th St Ste 100,  Tinley Park, IL 60487-9356
14245060*     +Illinois Collection Se,   8231 185th St Ste 100,  Tinley Park, IL 60487-9356
14245061*     +Illinois Collection Se,   8231 185th St Ste 100,  Tinley Park, IL 60487-9356
14245062*     +Illinois Collection Se,   8231 185th St Ste 100,  Tinley Park, IL 60487-9356
14245070*     +Nationwide Credit & Co,   815 Commerce Dr Ste 100,  Oak Brook, IL 60523-8839
14245071*     +Nationwide Credit & Co,   815 Commerce Dr Ste 100,  Oak Brook, IL 60523-8839
14245072*     +Nationwide Credit & Co,   815 Commerce Dr Ste 100,  Oak Brook, IL 60523-8839
                                                                TOTALS: 0, * 11, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 18, 2011**                          **Signature:** _Joseph Speetjens_